UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK; and THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS, <br><br> Petitioners, <br><br> - against - <br><br> METRO INSTALLATIONS INC., <br><br> Respondent. | **ORDER** <br><br> 21 Civ. 4326 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The following schedule will apply to the petition and Petitioners' brief in support (Dkt. Nos. 1, 5):

1. Respondent's opposition brief is due by **June 18, 2021**; and

2. Petitioners' reply, if any, is due by **June 25, 2021.**

Dated: New York, New York
May 28, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge