UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK; and THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

Petitioners,

- against -

METRO INSTALLATIONS INC.,

Respondent.

**ORDER**

21 Civ. 4326 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

On May 28, 2021, the Court ordered Respondent to file its opposition brief to Petitioners' Petition by June 25, 2021.  (See Dkt. No. 8)  Petitioners filed confirmation of service of that order (see Dkt. No. 9), but Respondent has not filed its opposition or otherwise appeared in this matter.  Accordingly, the Petition is deemed fully submitted, and the Court will treat the Petition and accompanying submissions as an unopposed motion for summary judgment.  See D.H. Blair & Co., Inc. v. Gottdiener, 462 F.3d 95, 109 (2d Cir. 2006) (holding that a district court may properly treat an unopposed petition to confirm an arbitration award "as akin to a motion for summary judgment based on the movant's submissions").

Dated: New York, New York
       November 30, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge