UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELP ARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, TRUSTEES OF THE
NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND, the CARPENTER
CONTRACTOR ALLIANCE OF METROPOLITAN
NEW YORK, and the NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS,

          Petitioners,               21 **CIVIL** 4326 (PGG)

    -against-                     **JUDGMENT**

METRO INSTALLATIONS INC.,

          Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 17, 2023, the arbitration award is confirmed in all respects; Petitioners are awarded $2,120 in attorneys' fees and $75 in costs; and post-judgment interest on the entire amount will accrue from the date of judgment at the rate provided by 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated**: New York, New York
       November 17, 2023

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                         **BY:**         *K. Mango*

                                                        **Deputy Clerk**